No. 602. GOLLAHER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Gerald H. Gottlieb* and *Earl Klein* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 608. CORNMAN *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Burton Marks* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Morton Hollander* for the United States.

No. 609. PIERCE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *William E. Ladin* for petitioner. *Solicitor General Griswold* for the United States.

No. 610. MACKAY *v.* NESBETT, CHIEF JUSTICE, SUPREME COURT OF ALASKA, ET AL. C. A. 9th Cir. Certiorari denied. *Joseph A. Ball* for petitioner. *George Cochran Doub* for respondents.

No. 615. TEXTILE WORKERS UNION OF AMERICA, AFL–CIO *v.* SCHWARZENBACH-HUBER CO. ET AL. C. A. 2d Cir. Certiorari denied. *Patricia E. Eames* for petitioner. *Marshall C. Berger* and *Robert Abelow* for Schwarzenbach-Huber Co., and *Solicitor General Griswold* and *Arnold Ordman* for National Labor Relations Board, respondents.

No. 618. GOWDY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Harry M. Philo* and *William G. Reamon* for petitioner. *Solicitor General Griswold* for the United States.